**No. 61185.**—National Worsted Mills, Inc. *v.* United States, protest 293656–K (New York).

Opinion by JOHNSON, J. An examination of the record disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.